[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 09-10538
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
July 23, 2009
THOMAS K. KAHN
CLERK

D.C. Docket No. 05-00108-CR-J-32-MMH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LOVARNSO A. WALKER,
a.k.a. Scoot,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

(July 23, 2009)

Before BARKETT, MARCUS and FAY, Circuit Judges,

PER CURIAM:

Sylvia A. Irvin, appointed counsel for Lovarnso A. Walker in this appeal,

has moved to withdraw from further representation of the appellant and filed a

brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's decision regarding the extent of the reduction of Walker's sentence, pursuant to 18 U.S.C. § 3582(c)(2), is **AFFIRMED**.